UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-125-KKM-TGW

LESLIE REIO

_____/

**ORDER DENYING MOTION FOR PRETRIAL RELEASE**

Before the Court is defendant Leslie Reio's ("Defendant") Motion to Set Reasonable Condition of Release ("Motion") (Doc. 62), which the Court construes as a motion to reopen her detention hearing. The Court previously conducted a reopened detention hearing on May 5, 2021.

Pursuant to 18 U.S.C. § 3142(f), a detention "hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." During the sealed hearing on December 14, 2021, Defendant presented material information not known at the time of her previous detention hearings. As a result, the Court reopened the detention hearing for a second time.

The Court notes that Defendant pleaded guilty to Count One of the Indictment and is scheduled to be sentenced on February 9, 2022. Pursuant to 18 U.S.C. § 3143(a), the Defendant must "be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c). After considering the proffered evidence, argument of counsel, and the factors listed in 18 U.S.C. § 3142(g), the Court is unable to make such a finding. In a recorded call from jail, Defendant warned her co-defendant to help him avoid capture. The Court is not convinced that, if given the opportunity, Defendant will not attempt to flee in order to avoid serving her anticipated sentence. Accordingly, Defendant's Motion is **DENIED**.

**ORDERED** in Tampa, Florida, this 14th day of December 2021.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE